IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT T. SHAFER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-999-A |
| | § | |
| MIDLAND CREDIT MANAGEMENT, INC., | § | |
| | § | |
| Defendant. | § | |

ORDER

The record does not reflect that counsel for plaintiff, Robert T. Shafer, has designated local counsel as required by Local Civil Rule 83.10 and the court's judge-specific requirements. Therefore,

The court ORDERS that by 4:00 p.m on January 7, 2020, plaintiff's counsel file an appropriate designation of local counsel.

Failure to comply with this order may result in the striking of plaintiff's counsel with the result that he will be proceeding pro se.

SIGNED December 17, 2019.

_____
JOHN McBRYDE
United States District Judge