

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT T. SHAFER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-999-A |
| | § | |
| MIDLAND CREDIT MANAGEMENT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Came on for consideration the motion of plaintiff, Robert T. Shafer, to proceed without local counsel. The motion was apparently sent[1] before the court signed the order earlier today requiring plaintiff's counsel to show cause why they failed to comply with the court's December 17, 2019 order requiring designation of local counsel. The court finds that plaintiff's motion should be denied, but that plaintiff should be granted additional time in which to designate local counsel.

The court ORDERS that plaintiff's motion to proceed without local counsel be, and is hereby, denied.

The court further ORDERS that plaintiff be, and is hereby, granted an extension of time until January 24, 2020, in which to designate local counsel in accordance with the requirements of

---

[1] The clerk received the motion by Federal Express delivery at 2:37 p.m. on this date.

Local Civil Rule 83.10.

    SIGNED January 8, 2020.

_____
JOHN McBRYDE
United States District Judge